```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

ANTONIO PATTERSON, #71951-019                          PETITIONER

VS.                         CIVIL ACTION NO. 3:23-CV-204-TSL-RPM

WARDEN UNKNOWN BOULET                                  RESPONDENT

<u>ORDER</u>

This cause is before the court on the report and recommendation of Magistrate Judge Robert P. Myers entered on October 19, 2023, recommending that Patterson's § 2241 petition be dismissed. Petitioner Antonio Patterson has not filed an objection and the time for doing so has expired. Having reviewed the report and recommendation, the court concludes that the report and recommendation is well taken and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Judge Robert P. Myers entered on October 19, 2023, be, and the same is hereby, adopted as the opinion of this court. Accordingly, it is ordered that the petition is dismissed.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 3rd day of November, 2023.

```
                    /s/ Tom S. Lee
                    UNITED STATES DISTRICT JUDGE
```